PROB 12C
(6/16)

Report Date: June 20, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rodolfo Ramirez				Case Number: 0980 2:17CR00230-TOR-1

Address of Offender:					Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: May 10, 2018

Original Offense:	Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924(a)(2)

Original Sentence:	Prison - 18 months; TSR - 36 months		Type of Supervision: Supervised Release

Asst. U.S. Attorney:	James Goeke		Date Supervision Commenced: April 3, 2019

Defense Attorney:	Federal Defenders Office		Date Supervision Expires: April 2, 2022

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Ramirez allegedly used methamphetamine on May 22, 2019, and on or about June 12, 2019. He also allegedly used marijuana on or about June 12, 2019. |
| | On April 3, 2019, supervised release conditions were reviewed and signed by Mr. Ramirez acknowledging his understanding of mandatory condition number 3, which prohibits him from using a controlled substance. |
| | On April 3, 2019, Mr. Ramirez reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the Social Treatment Opportunity programs (STOP) color line system for the color brown. When the color brown is called, he is to report to STOP and submit to a drug screen. |
| | On May 22, 2019, Mr. Ramirez submitted to a random urinalysis testing at STOP which returned presumptive positive for methamphetamine. Mr. Ramirez was given the admission/denial of drug use form which he signed denying use of the controlled substance. |

        The specimen was sent to Alere Toxicology Services (Alere) for confirmation. On May 29, 2019, Alere confirmed the specimen submitted by Mr. Ramirez was positive for the presence of methamphetamine. Even though the specimen returned positive for methamphetamine, the lab results also noted the specimen submitted by Mr. Ramirez was dilute.

        On June 13, 2019, a home visit was conducted for the purpose of collecting a urine sample for a random drug screen. Mr. Ramirez was unable to produce a urine sample but did admit having used methamphetamine and marijuana on or about June 12, 2019. Mr. Ramirez was provided with the admission/denial drug use form which he signed admitting to having used both substances as noted above.

2    **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Mr. Ramirez is alleged to have failed to attend Moral Reconation Therapy (MRT) at STOP on May 25, 2019, and June 8, 2019.

        On April 3, 2019, supervised release conditions were reviewed and signed by Mr. Ramirez acknowledging his understanding of special condition number 4, which requires him to participate in substance abuse treatment.

        On May 3, 2019, Mr. Ramirez obtained a drug and alcohol assessment at STOP and was found in need of level 1 outpatient treatment. This program required Mr. Ramirez to attend weekly treatment sessions. On May 16, 2019, Mr. Ramirez attended his intake appointment at STOP to complete his paperwork and begin his recommended treatment program. Mr. Ramirez commenced MRT on May 18, 2019. On June 18, 2019, the counselor from STOP confirmed Mr. Ramirez failed to attend MRT group on May 25, 2019, and June, 8, 2019.

3    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Ramirez is alleged to having failed to submit to random urinalysis testing at STOP on June 3, 2019.

        On April 3, 2019, supervised release conditions were reviewed and signed by Mr. Ramirez acknowledging his understanding of special condition number 6, which requires him to submit to random urinalysis testing.

        On April 3, 2019, Mr. Ramirez reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the STOP color line system for the color brown. When the color brown is called, he is to report to STOP and submit to a drug screen.

Prob12C
**Re: Ramirez, Rodolfo**
**June 20, 2019**
**Page 3**

On June 5, 2019, this officer received notice from STOP indicating Mr. Ramirez failed to report to their office and submit to a random drug test on June 3, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 20, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*
Signature of Judicial Officer

June 20, 2019
Date