PROB 12C
(6/16)

Report Date: July 9, 2019

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2019

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Rodolfo Ramirez, Jr. | Case Number: 0980 2:17CR00230-TOR-1 |
| Address of Offender: , Moses Lake, Washington 98837 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: May 10, 2018 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: James Goeke | Date Supervision Commenced: April 3, 2019 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: April 2, 2022 |

**PETITIONING THE COURT**

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 20, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

4     **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Ramirez is alleged to have failed to report a change of address as of July 2, 2019.

On April 3, 2019, supervised release conditions were reviewed and signed by Mr. Ramirez acknowledging his understanding of standard condition number 5, which requires him to report a change of address to his probation officer.

On June 12, 2019, this officer met with Mr. Ramirez at 1214 South Pioneer Way, Room 108, Moses Lake, Washington.  He reported he would be residing at this residence with his sister and her children.  On July 2, 2019, this officer conducted a home visit at Mr. Ramirez' residence.  This officer met with a next door neighbor who reported she knows Mr. Ramirez

and that he does not reside at this address with his sister. The neighbor further reported only Mr. Ramirez' sister lives at this address. A card was left on the door with a message directing Mr. Ramirez to contact this officer. As of this writing, Mr. Ramirez has yet to report a change in residence nor has he made contact with his probation officer.

5     **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Ramirez is alleged to have failed to attend Moral Reconation Therapy (MRT) at Social Treatment Opportunity Programs (STOP) on June 22 and 29, 2019; and July 6, 2019.

On April 3, 2019, supervised release conditions were reviewed and signed by Mr. Ramirez acknowledging his understanding of special condition number 4, which requires him to participate in substance abuse treatment.

On May 3, 2019, Mr. Ramirez obtained a drug and alcohol assessment at STOP and was found in need of level 1 outpatient treatment. This program required Mr. Ramirez to attend weekly treatment sessions. On May 16, 2019, Mr. Ramirez attended his intake appointment at STOP to complete his paperwork and begin his recommended treatment program. Mr. Ramirez commenced MRT on May 18, 2019. On July 8, 2019, the counselor from STOP confirmed Mr. Ramirez failed to attend MRT group on June 22 and 29, 2019; and July 6, 2019.

6     **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Ramirez is alleged to have failed to submit to random urinalysis testing at STOP on June 28, and July 5, 2019.

On April 3, 2019, supervised release conditions were reviewed and signed by Mr. Ramirez acknowledging his understanding of special condition number 6, which requires him to submit to random urinalysis testing.

On April 3, 2019, Mr. Ramirez reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the STOP color line system for the color brown. When the color brown is called, he is to report to STOP and submit to a drug screen.

On July 1, 2019, this officer received notice from STOP indicating Mr. Ramirez failed to submit to random urinalysis testing on June 28, 2019. On July 8, 2019, this officer received notice from STOP indicating Mr. Ramirez failed to submit to random urinalysis testing on July 5, 2019.

Prob12C
**Re: Ramirez, Jr., Rodolfo**
**July 9, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 9, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

July 9, 2019

Date