PROB 12C
(6/16)

Report Date: December 6, 2019

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Rodolfo Ramirez, Jr. | Case Number: 0980 2:17CR00230-TOR-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: May 10, 2018

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: April 3, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 2, 2022 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/20/2019 and 07/09/2109.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**:   Mr. Ramirez violated the terms of his supervised release by failing to report to the United States Probation Office (USPO) on or about December 4, 2019, or since.<br><br>On April 3, 2019, supervision commenced in this matter.  That same day, his supervised release conditions were reviewed with him.  He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court, to include standard condition number 2, noted above.<br><br>On November 27, 2019, Mr. Ramirez reported to the USPO as directed after previously admitting to methamphetamine and marijuana use.  At the completion of this contact, he was directed to report again on December 4, 2019, at 11 a.m. |

Prob12C
Re: Ramirez, Jr., Rodolfo
December 6, 2019
Page 2

On December 4, 2019, Mr. Ramirez failed to report as directed. That afternoon, attempts were made to contact Mr. Ramirez by phone. A voice mail was left directing him to report by 11 a.m. the following day. The undersigned officer then contacted his girlfriend's mother, who confirmed regular contact with him, and agreed to tell him to report. On December 5, 2019, Mr. Ramirez failed to report. He has not made any attempts to contact the undersigned officer.

Mr. Ramirez's whereabouts are currently unknown.

8     **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Ramirez violated the terms of his supervised release by failing to report his address on or about November 27, 2019, or since.

On April 3, 2019, supervision commenced in this matter. That same day, his supervised release conditions were reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court, to include standard condition number 5, noted above.

On November 27, 2019, Mr. Ramirez reported to the USPO. He advised that he was expected to move out of his current residence (a Revive Reentry clean and sober house) no later than November 29, 2019. Mr. Ramirez indicated that this house was closing down and he had no where else to go. He was provided a list of shelters. He was approved to stay with family in Moses Lake, Washington, through the weekend, but Mr. Ramirez was directed to contact the undersigned officer to confirm his location. He was directed to call each time he stayed at an alternate location. Mr. Ramirez has failed to report his location since leaving the area on November 27, 2019.

On December 4, 2019, the undersigned officer attempted to reach him by phone, but was unsuccessful. The undersigned officer was able to make contact with his girlfriend's mom. She advised that Mr. Ramirez has been in Moses Lake with his girlfriend. She advised he has been, "jumping from friend's house to friend's house."

The undersigned officer also contacted the manger of the Revive Reentry House. He confirmed they had to close the house down, but Mr. Ramirez was offered another place to live. Mr. Ramirez declined the offer because his girlfriend would not be able to live with him. He advised Mr. Ramirez last stayed at the residence the evening of November 27, 2019.

9     **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
**Re: Ramirez, Jr., Rodolfo**
**December 6, 2019**
**Page 3**

**Supporting Evidence**: Mr. Ramirez violated the terms of his supervised release by failing to attend substance abuse outpatient treatment at Pioneer Counseling Services on November 11, 14, 22, and 29, 2019, and December 2, 4, and 6, 2019.

On April 3, 2019, supervision commenced in this matter. That same day, his supervised release conditions were reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court, to include special condition number 4, noted above.

On October 10, 2019, Mr. Ramirez successfully discharged from inpatient treatment. He was referred to Pioneer Counseling Service for intensive outpatient services.

Pioneer Counseling reported that Mr. Ramirez did not show up for his individual one-on-one session with his counselor on November 14, 2019. He failed to attend group sessions on November 11, 22, and 29, 2019; and December 2, 4, and 6, 2019.

10          **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Ramirez violated the terms of his supervised release by consuming a controlled substance, methamphetamine on or about November 24 and 25, 2019; and marijuana on or about November 25, 2019

On April 3, 2019, supervision commenced in this matter. That same day, his supervised release conditions were reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court, to include special condition number 6, noted above.

On November 27, 2019, Mr. Ramirez reported to the USPO and admitted to consuming methamphetamine on November 24, and 25, 2019; and marijuana on November 25, 2019. Mr. Ramirez signed a drug use admission form reflecting this admitted drug use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 6, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C

**Re: Ramirez, Jr., Rodolfo**
**December 6, 2019**
**Page 4**

THE COURT ORDERS

| | | |
|---|---|---|
| [ ] | No Action | |
| [X] | The Issuance of a Warrant | |
| [ ] | The Issuance of a Summons | |
| [X] | The incorporation of the violation(s) contained in this petition with the other violations pending before the Court. | |
| [ ] | Defendant to appear before the Judge assigned to the case. | |
| [X] | Defendant to appear before the Magistrate Judge. | |
| [ ] | Other | |

_____
Thomas O. Rice
Chief U.S. District Judge
Signature of Judicial Officer

December 6, 2019
Date